## IN RE RAHEEM L.

[Cite as *In re Raheem L.*, 128 Ohio St.3d 355, 2011-Ohio-955.]

(No. 2010–2030—Submitted February 15, 2011—Decided March 8, 2011.)

---

{¶ 1} The discretionary appeal is accepted.

{¶ 2} The judgment of the court of appeals is reversed on the authority of *In re Anderson,* 92 Ohio St.3d 63, 2001-Ohio-131, 748 N.E.2d 67, and the cause is remanded to the court of appeals for further proceedings.

O'CONNOR, C.J., and LUNDBERG STRATTON, O'DONNELL, CUPP, and McGEE BROWN, JJ., concur.

PFEIFER and LANZINGER, JJ., dissent and would not accept the discretionary appeal.

---

Timothy Young, Ohio Public Defender, and Amanda J. Powell, Assistant Public Defender, for appellant, Raheem L.